**Order filed, December 30, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00990-CV

_____

## EARNEST TAYLOR, LISA TAYLOR D/B/A T&S ENTERPRISES, Appellant

### V.

## JESUS M. VELA, BLASA VELA INDIVIDUALLY AND D/B/A VELA RANCH, LLC, Appellee

**On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 81,897-CV**

## ORDER

The reporter's record in this case was due November 8, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Stacy L. Thomas and Robin Rios, the court reporters, to file their record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain and Hassan.